# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT AND PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR25-484(JRT) |
| ABDINAJIB HASSAN YUSSUF, Defendant. | Date: March 2, 2026 |
| | Court Reporter: Rachel Braun |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 2:08 p.m. |
| | Time Concluded: 2:56 p.m. |
| | Time in Court: 48 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Sara Elizabeth Porter and Rebecca Kline, Assistant U.S. Attorneys
    For Defendant:    Deborah K. Ellis and Susan Johnson, Retained

PROCEEDINGS:
    X  **Initial Appearance, Arraignment and Change of Plea Hearing.**

    X  PLEA:
        X  Guilty as to Count(s): 1 of the indictment

    X  Presentence Investigation and Report requested.
    X  Sentencing to held at a future date to be determined.

s/Karen Moldenhauer
Karen Moldenhauer, Judicial
Assistant/Courtroom Deputy
